464 A.2d 519

Commonwealth v. Johnson, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted May 25, 1983.  Gary V. Skiba, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.